UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 MAR -4  P 2: 20
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY | : | |
| Plaintiff | : | |
| v. | : | Case No. WMN 02CV3328 |
| ROSA J. MORALES and THOMAS MICHAEL O'BRANOVICH | : | |
| Defendants. | : | |

## ORDER OF DEFAULT

It appearing from the records and affidavit, that the summons and Complaint for Interpleader, was properly served upon Thomas O'Branovich on November 2, 2002, and that the time for Thomas Michael O'Branovich to plead or otherwise respond to the Complaint of Interpleader expired on or about November 22, 2002, and that the Petition for Insurance Proceeds held by the Registry of the Court, and Counter-Complaint filed by Rosa J. Morales, parent and guardian of the property of Angelia Maria O'Branovich, a minor, was property served on or about December 6, 2002, and that the time for Thomas Michael O'Branovich to plead or otherwise defend expired on December 29, 2002, and that Thomas O'Branovich has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil procedure.

Therefore, upon request of Rosa J. Morales, as parent and guardian of the property of Angelia Maria O'Branovich, a minor, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that the default for want of answer or other defense by said Thomas Michael O'Branovich is entered this ___4th___ day of ___March___, 2003.

FELICIA C. CANNON, CLERK

By: ___Mary Jo Lauman___
    Deputy Clerk