UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| CONNECTICUT GENERAL : <br> LIFE INSURANCE COMPANY <br>                                        : <br>    Plaintiff <br>                                        : <br> v.                                      Case No. WMN 02CV3328 <br>                                        : <br> ROSA J. MORALES and <br> THOMAS MICHAEL O'BRANOVICH       : <br>    Defendants.                              : | |

**MOTION FOR DEFAULT JUDGMENT**

      COMES NOW the defendant/counter-complainant, Rosa J. Morales, as parent and guardian of the property of Angelia Maria O'Branovich, a minor (hereinafter referred to as "Morales") and files this Motion for Default Judgment in this case against counter-defendant/counterclaim defendant, Thomas Michael O'Branovich (hereinafter referred to as "O'Branovich"), and in support thereof, states the following:

      1. That this action is an impleader action, and the proceeds from the Connecticut General Life Insurance Company are currently being held by the Registry of the Court.

      2. Morales is the sole party entitled to the insurance proceeds being held by the Court.

      3. Morales filed a Petition for the insurance proceeds held by the Registry of the Court and a Counter-Complaint in this case, and counter-complainant O'Branovich has not responded.

      4. On March 4, 2003, the Court entered an Order of Default against O'Branovich in this case.

      5. At this time, Morales seeks an Order releasing the insurance proceeds to her.

      WHEREFORE, based on the aforegoing, it is respectfully requested that this Honorable Court enter an Order releasing the insurance proceeds, which when deposited, were $308,550.00, plus any accrued interest, minus Registry fees, to Rosa Morales, as parent and guardian of the property of Angelia Maria O'Branovich, a minor.

Respectfully submitted,

O'CONNELL, O'CONNELL & SARSFIELD

___/s/_____
Alexander Francuzenko     #12403
401 E. Jefferson Street
Suite 204
Rockville, Maryland 20850
(301) 424-2300
Attorney for defendant/counter-complainant
Rosa J. Morales