UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| CONNECTICUT GENERAL<br>LIFE INSURANCE COMPANY | : | |
| | : | |
| Plaintiff | | |
| | : | |
| v. | | Case No. WMN 02CV3328 |
| | : | |
| ROSA J. MORALES and<br>THOMAS MICHAEL O'BRANOVICH | : | |
| | | |
| Defendants. | : | |

# AFFIDAVIT

TO WIT:

1. I, Alexander Francuzenko, being over 18 years of age and competent to testify to all the matters contained herein, affirm under the penalties of perjury that I have made diligent efforts to ascertain the military status of Thomas O'Branovich. I have uncovered no information which would indicate that Thomas O'Branovich is in the military service as defined in the Soldiers and Sailors Civil Relief Act as amended, 50 U.S.C.A. § 501, *et seq*.

2. Thomas O'Branovich's last known address is 2106 East Pratt Street, Apartment 1, Baltimore, Maryland 21231.

3. Based on information and belief, Thomas O'Branovich is not an infant, and is over the age of 18.

4. Based on information and belief, Thomas O'Branovich is competent.

5. The insurance proceeds maintained in the Registry of the Court are solely owed and due to Rosa Morales, parent and guardian of the property of Angelia Maria O'Branovich, a minor.

I HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

                                                                                       _____/s/_____
                                                                                       Alexander Francuzenko

STATE OF MARYLAND

COUNTY OF MONTGOMERY.

On this 16th day of April, 2003, before me came Alexander Francuzenko who executed the foregoing instrument and acknowledged to me that he executed the same.

___/s/___<br>
Notary Public

My Commission Expires:  8-1-04                                         S E A L