UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| CONNECTICUT GENERAL : <br> LIFE INSURANCE COMPANY <br>                                     : <br>    Plaintiff <br>                                     : <br> v.                                    Case No. WMN 02CV3328 <br>                                     : <br> ROSA J. MORALES and <br> THOMAS MICHAEL O'BRANOVICH    : <br>    Defendants.                       : | |

**JUDGMENT BY DEFAULT PURSUANT TO RULE 55 OF THE
FEDERAL RULES OF PROCEDURE AND ORDER RELEASING INSURANCE PROCEEDS
MAINTAINED BY THE REGISTRY OF THE COURT**

     IT APPEARING from the records in the above-entitled action, that an Order of Default for want of Answer or other defense, was made on March 4, 2003 as to Thomas O'Branovich for failure to plead or otherwise respond to pleadings, as provided by the Federal Rules of Civil Procedure; and

     IT APPEARING that Thomas O'Branovich was properly served on November 2, 2002; therefore, it is on this _____ day of _____, 2003, by the United States District Court for the District of Maryland

     **ORDERED AND ADJUDGED**, that the judgment by default be and is entered, in favor of Rosa J. Morales, as parent and guardian of the property of Angelia Maria O'Branovich, a minor; and it is further

     **ORDERED AND ADJUDGED**, that the insurance proceeds maintained by the Registry of the Court in the amount of $308,550.00, plus any accrued interest, minus the Registry fees, be paid to Rosa J. Morales, as parent and guardian of the property of Angelia Maria O'Branovich, a minor.

 

                                                                            _____
                                                                            Senior United States District Judge
                                                                            William M. Nickerson